UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DERRICK NELLON                                        CIVIL ACTION

versus                                                NO. 10-4430

N. BURL CAIN, WARDEN                                  SECTION: "F" (1)

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that petitioner's request for a stay is **DENIED** and his petition for federal *habeas corpus* relief filed is **DISMISSED WITH PREJUDICE** as untimely.

New Orleans, Louisiana, this 30th day of MARCH, 2012.

_____
UNITED STATES DISTRICT JUDGE